UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALEIXI A.-H., | Case No. 26-cv-1155 (LMP/EMB) |
| Petitioner, | |
| v. | **ORDER GRANTING HABEAS PETITION** |
| DAVID EASTERWOOD, *Director of St. Paul Enforcement and Removal Operations, Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary of the Department of Homeland Security*; TODD LYONS, *Acting Director*, *U.S. Immigration and Customs Enforcement*; and PAMELA BONDI, *Attorney General of the United States*, *in their official capacities*, | |
| Respondents. | |

Hannah Brown, **Wayzata, MN**; and Stacey Rogers, **SRR Law Group, LLC, St. Cloud, MN**, for Petitioner.

David W. Fuller and Friedrich A. P. Siekert, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

Petitioner Aleixi A.-H. is a Cuban national who has lived in the United States for approximately 27 years. ECF No. 1 ¶ 10. Aleixi A.-H. was ordered removed from the United States in 2012, but because the Government could not effectuate his removal, he was released into the community on an Order of Supervision. *Id.* ¶¶ 16–17. On February 6, 2026, the Government detained Aleixi A.-H. and revoked his Order of Supervision. *Id.* ¶¶ 16, 19; ECF No. 8 ¶ 10. Aleixi A.-H. alleges that the Government violated federal regulations in revoking his Order of Supervision, ECF No. 1 ¶ 35, that his detention violates

his statutory and due process rights, *id.* ¶¶ 52–64, and that his detention is arbitrary and capricious under the Administrative Procedure Act, *id.* ¶¶ 65–68.  The Court ordered the Government to respond to Aleixi A.-H.'s petition no later than February 13, 2026.  The Government timely responded.  ECF No. 6.

This Court has previously held that when revoking a noncitizen's Order of Supervision under 8 C.F.R. § 241.13(i)(2)—which is what happened here, *see* ECF No. 7-3 at 1–2—it is the Government's burden to demonstrate changed circumstances that make the noncitizen's removal significantly likely in the reasonably foreseeable future.  *Roble v. Bondi*, 803 F. Supp. 3d 766, 772–73 (D. Minn. 2025).  Here, the only evidence of "changed circumstances" that the Government provides is the fact that Immigration and Customs Enforcement ("ICE") is "seeking a travel document to effect" Aleixi A.-H.'s removal to Cuba.  ECF No. 7-3 at 2.  The Government provides no information about what steps it has taken to obtain a travel document and the likelihood that Cuba now will agree to accept Aleixi A.-H., including, critically, the Government's success rate in removing Cuban nationals in the recent past and reasonably foreseeable future.  That evidence of changed circumstances falls "woefully short," because the "bare fact that ICE officials" are seeking a travel document for Aleixi A.-H. "tells the Court nothing about the "history of [ICE's] efforts" to remove noncitizens similarly situated to [Aleixi A.-H.], the "ongoing nature of [ICE's] efforts to remove [Aleixi A.-H.] and [Aleixi A.-H.'s] assistance with those efforts," and "the reasonably foreseeable results" of ICE's removal efforts."  *Roble*, 803 F. Supp. 3d at 773 (quoting 8 C.F.R. § 241.13(f)).  Because the Government fails to meet its burden

under 8 C.F.R. § 241.13(i)(2) to demonstrate changed circumstances, Aleixi A.-H.'s immediate release from detention is required. *Id.* at 774.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Aleixi A.-H.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED**.

2. The Government is **ORDERED** to release Aleixi A.-H. from custody by no later than 5:00 p.m. CST on February 19, 2026, subject to and in accordance with the conditions in his preexisting Order of Supervision issued on or about November 21, 2012.

3. No later than 2:00 p.m. CST on February 20, 2026, the Government is **ORDERED** to provide a status update affirming that Aleixi A.-H. was released from custody in accordance with this Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 17, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge