# UNITED STATES DISTRICT COURT
## District of Minnesota

Aleixi Armas-Hernandez,

Petitioner(s),

v.

David Easterwood, Kristi Noem, Todd Lyons and Pamela Bondi,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1155 LMP/EMB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Aleixi A.-H.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED**.

2. The Government is **ORDERED** to release Aleixi A.-H. from custody by no later than 5:00 p.m. CST on February 19, 2026, subject to and in accordance with the conditions in his preexisting Order of Supervision issued on or about November 21, 2012.

3. No later than 2:00 p.m. CST on February 20, 2026, the Government is **ORDERED** to provide a status update affirming that Aleixi A.-H. was released from custody in accordance with this Order.

Date: 2/17/2026

KATE M. FOGARTY, CLERK